AUGUST DINGER, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Dinger* v. *City of New York*, 101 App. Div. 202, affirmed.
(Submitted June 12, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 31, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John J. Delany, Corporation Counsel* (*James D. Bell* of counsel), for appellant.

*Charles Coleman Miller* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.